UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

                                      Chapter 7

513 CENTRAL PARK LLC,               Case No.

               Debtor.

----------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1073-3 of the Local Rules of Bankruptcy Procedure for the Eastern District of New York, 513 Central Park LLC (the **"Debtor"**) the above-captioned Debtor and Debtor in possession, hereby states that there are no corporate equity holders of the Debtor holding 10% or more of the issued and outstanding shares of any class of the Debtor's equity interests.

In addition, (a) the Debtor does not own (directly or indirectly) 10% or more of any class of a corporation's publicly traded equity interests, (b) the Debtor does not own an interest in any limited partnership, (c) the Debtor does not own an interest in any general partnership, (d) The Debtor does not own an interest in any corporations or limited liability companies.

Pursuant to 28 U.S.C. §1746, I, the undersigned Managing Member of the Debtor, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief with reliance upon appropriate corporate officers.

Dated: June 6, 2019                                     513 CENTRAL PARK LLC

                                                                     Eve Winston
                                                                       Managing Member